UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

MARCUS LEE BROWN,            )
                             )
       Plaintiff,        )
                             )
v.                           )   CASE NO. 4:19-CV-53-CHS
                             )
SHAUN GREENE                 )
                             )
       Defendants.       )

## VERDICT FORM ON LIABILITY AND COMPENSATORY DAMAGES

1. Does the jury find that Plaintiff has shown by a preponderance of the evidence that the Defendant violated his Fourth Amendment right not to be subjected to the use of unreasonable force?

*(Please check "Yes" or "No").*

Yes __✓__                                                  No _____

*If the answer is "No," the jury foreman shall sign and date the verdict form at the bottom of the last page and notify Ms. Jones that the jury has reached a verdict.*

*If the answer is "Yes," the jury shall proceed to Question 2.*

2. Did Plaintiff sustain any actual harm as a result of the actions of the Defendant's violation of Plaintiff's Fourth Amendment right not to be subjected to unreasonable force?

*(Please check "Yes" or "No").*

    Yes _____                                          No __✓__

*(If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, skip Question 3 and proceed to Question 4.*

3. What is the total amount that will fairly compensate Plaintiff for the harm he sustained as a result of the violation of his Fourth Amendment right not to be subjected to unreasonable force?

Answer: $ _____ (Fill in the total dollar amount for Plaintiff's compensatory damages.)

*(After you answer Question 3, skip Question 4 and proceed to Question 5).*

4. Because we, the jury, answered "No" to Question 2, Plaintiff is awarded nominal damages in the amount of $ __1.00__ (Answer "$1" if you answered "No," to Question 2, above.)
(One dollar)

*(After you answer Question 4, proceed to Question 5).*

5. If you found that Defendant violated Plaintiff's Fourth Amendment right not to be subjected to unreasonable force, did the Defendant act maliciously, wantonly, or oppressively, as those terms are defined in the instructions I gave you on punitive damages.

*(Please check "Yes" or "No.")*

Yes _____                                    No __✓__

*(After you have answered Question 5, the jury foreperson shall sign and date the verdict form and tell Ms. Jones the jury has reached a verdict.)*

/Foreperson's Signature                                    Date