**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| MARCUS LEE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-53-CHS |
| | ) | |
| SHAUN GREENE, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT ORDER**

This action came before the Court for a jury trial presided over by United States Magistrate Judge Christopher H. Steger. On August 4, 2021, the jury rendered a unanimous verdict finding that Defendant Shaun Greene violated Plaintiff Marcus Lee Brown's Fourth Amendment right not to be subjected to excessive force. The jury further found that Plaintiff failed to prove he sustained any actual harm. The jury awarded Plaintiff one dollar in nominal damages and found that Plaintiff was not entitled to compensatory or punitive damages.

It is therefore **ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Plaintiff Marcus Lee Brown against Defendant Shaun Greene.

2. Plaintiff Marcus Lee Brown shall recover one dollar in nominal damages from Defendant Shaun Greene. Plaintiff Marcus Lee Brown shall not recover compensatory or punitive damages.

3. This is the **FINAL JUDGMENT** of the Court. This case will be closed.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE
